1  CENTER FOR DISABILITY ACCESS
   Isabel Rose Masanque., SBN 292673
2  100 Pine St., Ste 1250
   San Francisco, CA 94111
3  (858) 375-7385; (888) 422-5191 fax
   isabelm@potterhandy.com
4
   Attorneys for Plaintiff
5
   SEYFARTH SHAW LLP
6  Myra B. Villamor (SBN 232912)
   mvillamor@seyfarth.com
7  2029 Century Park East, Suite 3500
   Los Angeles, California 90067-3021
8  Telephone: (310) 277-7200
   Facsimile: (310) 201-5219
9
10 Attorneys for Defendant
   HERMOSA HOTEL INVESTMENTS, LLC.
11
12
13             UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
14

15 **ORLANDO GARCIA**,                    ) Case No.: 2:21-cv-00012-FLA-PLA
16                                        )
          Plaintiff,                      )
17                                        ) **JOINT STIPULATION FOR**
   v.                                     ) **DISMISSAL PURSUANT TO**
18                                        ) **F.R.CIV.P. 41 (a)(1)(A)(ii)**
19 **HERMOSA HOTEL INVESTMENTS,**         )
   **LLC,** a California Limited Liability)
20                                        )
21 Company, and Does 1-10,                )
22        Defendants
23
24
25
26
27

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this entire action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

Dated: 12/27/2022          CENTER FOR DISABILITY ACCESS

By: /s/ *Isabel Rose Masanque*
Isabel Rose Masanque

Attorneys for Plaintiff

Dated: 12/27/2022          SEYFARTH SHAW LLP

By: /s/ Myra B. Villamor
Myra B. Villamor

Attorneys for Defendants
HERMOSA HOTEL INVESTMENTS, LLC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Myra B. Villamor, counsel for HERMOSA HOTEL INVESTMENTS, LLC., respectively, and that I have obtained Attorney Villamor's authorization to affix their electronic signature to this document.

Dated: 12/27/2022                    CENTER FOR DISABILITY ACCESS

By: /s/Isabel Rose Masanque
Isabel Rose Masanque

Attorneys for Plaintiff