JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ORLANDO GARCIA, | Case No. 2:21-cv-00012-FLA (PLAx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION [DKT. 30]** |
| HERMOSA HOTEL INVESTMENTS, LLC, | |
| Defendant. | |

On December 27, 2022, Plaintiff Orlando Garcia ("Plaintiff") and Defendant Hermosa Hotel Investments, LLC ("Defendant") filed a Joint Stipulation for Dismissal ("Stipulation"), dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. 30. Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED. The stay of proceedings entered in this action on April 12, 2021, is LIFTED.
2. The court DISMISSES the action with prejudice, with each party to bear his or its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: December 29, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge